IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARIA SIGNS & DESIGN LLC, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:25-cv-03074 |
| | § | |
| v. | § | |
| | § | |
| EZZI SIGNS INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING PLAINTIFF'S**
**EMERGENCY APPLICATION FOR A TEMPORARY RESTRAINING ORDER**

On this day, the Court considered Plaintiff Aria Signs & Design LLC's ("Aria") Emergency Application for a Temporary Restraining Order ("TRO") against Defendant EZZI Signs, Inc. ("EZZI") filed on July 1, 2025. (Dkt. No. 2). The Court, after considering the Application, the Response(s), if any, and all other matters relevant to its decision, finds that it should GRANT the Application and enter this Order. The Court finds that:

The evidence presented establishes all of the elements necessary for a temporary restraining order, and concludes that: (a) temporary restraint and preliminary relief is necessary to preserve the status quo or last peaceable non-contested status between the Parties (b) there is a substantial threat that Aria will suffer actual, imminent, and irreparable injury if EZZI is not enjoined as ordered herein; (c) Aria has no adequate remedy at law in absence of the injunctive relief ordered herein; (d) there is a substantial likelihood that Aria will succeed on the merits of this suit; (e) the threatened injury to Aria in absence of the relief ordered herein outweighs any harm to EZZI from this Order; (f) granting injunctive relief as ordered herein will not disservice the public interest; and (g) Aria is willing to post a bond. It is therefore,

ORDERED that, to avoid irreparable harm and maintain the status quo, Aria's Application for a Temporary Restraining Order is **GRANTED**, and while this Temporary Restraining Order is in effect, Defendant EZZI Signs, Inc., its agents, servants, employees, and attorneys, and upon those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise (collectively, "Enjoined Parties") a) will preserve for litigation and will not copy or further distribute all drawings, templates, designs, logos, client files, customer lists, marketing brochures, bid proposals, and other like items (electronic or otherwise) they may have in their possession related to the Aria Works; b) will immediately and permanently return to Aria all of the Aria Works, including, but not limited to, all or portions of drawings, templates, designs, logos, client files, customer lists, marketing brochures, bid proposals, and other like items (electronic or otherwise) Aria purchased at the Bankruptcy as described above without retaining any copies (electronic, paper, or otherwise); and c) will cease fabricating, manufacturing, and/or installing the Aria Works for any contract or agreement it has with the City of La Porte. It is further,

ORDERED that the Clerk issue notice to Defendant EZZI Signs Inc., that the hearing on Aria's request for preliminary injunction is set for______________________________, 2025 at ____________________________. It is further,

ORDERED that Aria post bond in the amount of $___________________.

This Order will expire on _____________________.

SIGNED on this ____day of July, 2025, at __________o'clock __.m.

______________________________________

UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS