IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARIA SIGNS & DESIGN LLC, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-03074 |
| | § | |
| EZZI SIGNS INC., | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Aria Signs & Design LLC ("Plaintiff"), pursuant to the Court's Order Setting Conference dated July 8, 2025, respectfully submits this Certificate of Interested Parties.

Plaintiff certifies that the following persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities have a financial interest in the outcome of this lawsuit:

1. Aria Signs & Design LLC, Plaintiff
2. Sean Greenwood, The Greenwood Law Firm PLLC, Plaintiff's attorney;
3. Michelle Q. Pham, Buchalter, Plaintiff's attorney; and
4. EZZI Signs Inc., Defendant

Dated: August 6, 2025

Respectfully submitted,

**THE GREENWOOD LAW FIRM, PLLC**

*/s/ Sean Greenwood*
Sean Greenwood
Attorney-in-Charge
Texas Bar No. 08408730
Federal ID 15015
sean@gwoodlaw.com
1415 North Loop West, Suite 1250
Houston, Texas 77008

TEL: (832) 356-1588
FAX: (832) 356-1589

BUCHALTER
A Professional Corporation

By: *s/Michelle Q. Pham*
Michelle Q. Pham
State Bar No. 24081099
Federal I.D. 3894060
mpham@buchalter.com
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052
Fax: 206.855.5239

*Attorneys for Plaintiff Aria Signs & Design LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 6, 2025, I electronically filed a true and correct copy of the foregoing with the Clerk of Court using CM/ECF, which will send notification to the registered attorney(s) of record that the documents have been filed and are available for viewing and downloading.

*/s/ Sean Greenwood*
Sean Greenwood