**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

Aria Signs & Design LLC

v. Case Number: 4:25−cv−03074

EZZI Signs Inc.

---

**Notice of Resetting**

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Richard W Bennett**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 12/4/2025

**TIME:** 10:45 AM

**TYPE OF PROCEEDING:** Initial Conference

---

Date: October 6, 2025 Nathan Ochsner, Clerk