IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARIA SIGNS & DESIGN LLC, | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:25-cv-03074 |
| | § | |
| v. | § | |
| | § | |
| EZZI SIGNS INC., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF FIRM NAME CHANGE

TO: CLERK OF THE COURT; and

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD.

**NOTICE IS HEREBY GIVEN** that, effective January 5, 2026, the firm name of Buchalter, A Professional Corporation, has changed to **BUCHALTER LLP.** All future pleadings and papers, exclusive of original process, are to be served and addressed to said attorneys at Buchalter LLP at the contact information below:

Buchalter LLP
Michelle Q. Pham, WSBA #44286
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Email: mpham@buchalter.com
Telephone: 206.319.7052

//

//

//

//

//

Dated: January 6, 2026

Respectfully submitted,

BUCHALTER LLP

By: *s/Michelle Pham*

Michelle Q. Pham

State Bar No. 24081099
Federal I.D. 3894060
mpham@buchalter.com
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
TEL: (206) 319-7052
FAX: (206) 855-5239

*Attorneys for Plaintiff*
*Aria Signs & Design LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above document has been served by the Electronic Case Filing (ECF) system for the United States District Court for the Southern District of Texas on all parties registered to receive electronic notices in this case in accordance with the FED. R. CIV. P. 5(d)(1)(B) and local rules for ECF service on this 6th day of January, 2026.

*/s/Michelle Q. Pham*
Michelle Q. Pham