**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Aria Signs & Design LLC | § | |
| | § | |
| *versus* | § | Case Number: 4:25−cv−03074 |
| | § | |
| EZZI Signs Inc. | § | |

# Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

Canceled setting: Initial Conference

Date and Time: 1/23/2026 at 10:45 a.m.

Date: January 14, 2026

Nathan Ochsner, Clerk