United States District Court
Southern District of Texas
**ENTERED**
March 11, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARIA SIGNS & DESIGN LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-03074 |
| | § | |
| EZZI SIGNS INC., | § | |
| | § | |
| *Defendant*. | § | |

# ORDER

Pending before this Court is Plaintiff Aria Signs & Design LLC's Motion for a Temporary Restraining Order ("TRO") (Doc. No. 2). Defendant EZZI Signs Inc. has not yet appeared in this lawsuit and did not file any response to the Motion. The Clerk of the Court entered default against EZZI Signs Inc. on February 5, 2026. (Doc. No. 14). No Motion for Default Judgment has been filed. Since this case is well beyond the TRO stage, Plaintiff's Motion for a Temporary Restraining Order (Doc. No. 2) is denied as moot.

It is so ordered.

Signed on this the 11th day of March 2026.

Andrew S. Hanen
United States District Judge